Steven Sam BASS, Plaintiff–Appellant,

v.

WILD TURKEY; et al., Defendants–
Appellees.

No. 02–35186.

D.C. No. CV–00–01354.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 7, 2002.*

Decided Oct. 15, 2002.

Before FERNANDEZ, GRABER, and
GOULD, Circuit Judges.

MEMORANDUM **

Oregon state prisoner Steven Sam Bass
appeals pro se the district court's judg-
ment dismissing his diversity action alleg-
ing that various producers of spirits and
beer are liable under Oregon law for fail-
ing to warn him of the dangers of alcohol.
We have jurisdiction pursuant to 28 U.S.C.
§ 1291. We review de novo, *TwoRivers v.
Lewis,* 174 F.3d 987, 991 (9th Cir.1999),
and we affirm for the reasons stated in the
magistrate judge's Findings and Recom-
mendations filed on September 25, 2001,
and adopted in the district court's order of
January 23, 2002.

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as may be provid-
ed by Ninth Circuit Rule 36–3.

Appellees' motion to strike Bass's re-
quest for admissions is granted.

AFFIRMED.

* This panel unanimously finds this case suit-
able for decision without oral argument. See
Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the
courts of this circuit except as provided by
Ninth Circuit Rule 36–3.